Daniel E. Wilkins
#331378  E-033
St Joseph County Jail
401 W. Sample St.
South Bend, IN 46601



Office of the Clerk
United States District Court
5400 Federal Plaza
Hammond, Indiana 46320

MAILED FROM
ST. JOSEPH COUNTY JAIL

Legal mailbox Rule